Freshwater Boats Inc
PO BOX 27
2686 Pine Ridge Dr.
Lillian, AL 36549

# Invoice 

Date 8/25/2014
Invoice # 345

**Bill To**
Maritimo Offshore Pty
Garth Corbitt
15 Waterway Dr.
Coomera Qld 4209
Australia

**Ship To**
Maritimo Offshore Pty Ltd
Garth Corbitt
15 Waterway Dr.
Coomera Qld 4209
Australia

**P.O. #**
**Terms** Due on receipt

**Ship Date** 8/25/2014
**Due Date** 8/25/2014
**Other**

| Description | Amount |
|---|---|
| Expenses for Aug. | 5,467.30 |
| Wire Fee | 37.50 |

| | |
|---|---|
| Subtotal | $5,504.80 |
| Sales Tax (0.0%) | $0.00 |
| Total | $5,504.80 |
| Payments/Credits | $0.00 |
| Balance Due | $5,504.80 |

freshwaterboats@hotmail.com    1-419-656-0378
Fax 1-251-650-3882

| DATE | DESCRIPTION | | EXPENSE | BALANCE |
|---|---|---|---|---|
| 8/1/14 | At&t International | A | $80.00 | $80.00 |
| 8/1/14 | Delta / C43-05, M50-15 & M50 Carney Trip | A | $690.70 | $770.70 |
| 8/3/14 | Delta / Internet | A | $49.96 | $820.65 |
| 8/3/14 | McDonalds / Breakfast C43-05,M50-15,M50Carney | C | $5.01 | $825.66 |
| 8/4/14 | Wendy's / Lunch C43-05,M50-15,M50Carney | C | $6.69 | $832.35 |
| 8/4/14 | Applebees's / Dinner C43-05,M50-15,M50Carney | A | $20.79 | $853.14 |
| 8/5/14 | Marriott / C43-05,M50-15,M50Carney | V | $545.26 | $1,398.40 |
| 8/5/14 | Merritt Parkway / C43-05,M50-15,M50Carney | A | $56.21 | $1,454.61 |
| 8/5/14 | Hertz / Rental Car C43-05,M50-15,M50Carney | A | $222.12 | $1,676.73 |
| 8/5/14 | American Transit / Lunch C43-05,M50-15,M50Carney | A | $20.19 | $1,696.92 |
| 8/5/14 | Sweatwater / Dinner C43-05,M50-15,M50Carney | A | $16.84 | $1,713.76 |
| 8/17/14 | Delta / Ft. lauderdale Office Trip | A | $817.20 | $2,530.96 |
| 8/18/14 | UPS / M50-08 Manual & Shipping Supplies | A | $21.97 | $2,552.93 |
| 8/18/14 | UPS / M50-07 & M50-15 Manual | A | $25.35 | $2,578.28 |
| 8/18/14 | UPS . Shipping Supplies | A | $25.74 | $2,604.02 |
| 8/19/14 | McDonalds / Breakfast Destin Trip Joe Galati | C | $4.88 | $2,608.90 |
| 8/19/14 | Destin Trip / Joe Galati 148miles x .485 = $71.78 | | $71.78 | $2,680.68 |
| 8/20/14 | Norseman / 470-17 shaft and prop repair | A | $2,744.55 | $5,425.23 |
| 8/22/14 | McDonalds / Breakfast Ft. L. Office Trip | C | $4.22 | $5,429.45 |
| 8/22/14 | McDonalds / Lunch Ft. L. Office Trip | C | $5.29 | $5,434.74 |
| 8/23/14 | HomeDepot / Hardware For Office Cabinets | A | $6.30 | $5,441.04 |
| 8/23/14 | McDonalds / Lunch Ft. L. Office Trip | C | $7.62 | $5,448.66 |
| 8/24/14 | McDonalds / Breakfast Ft. L. Office Trip | C | $3.49 | $5,452.15 |
| 8/24/14 | Raceway / Rental Car Fuel | A | $15.15 | $5,467.30 |
| | | | | $5,467.30 |
| | | | | $5,467.30 |