# interMarine



interMarine
2410 Marina Bay Drive East
Suite 106
Fort Lauderdale, FL  33312

(954)496-0880
john.suleski@intermarineys.com

## Invoice

| Date | Invoice No. |
|---|---|
| 08/18/2014 | 1146 |
| Terms | Due Date |
| Due on receipt | 08/18/2014 |

**Bill To**

Maritimo Offshore
15 Waterway Drive
Coomera Queensland  4209
Australia

| Amount Due | Enclosed |
|---|---|
| $2,478.19 | |

Please detach top portion and return with your payment.

| Activity | Amount |
|---|---|
| • USAirways Flight from Fort Lauderdale, FL to Hartford CT | 461.70 |
| • Hertz Rental Car and fuel | 248.25 |
| • Hotel in North Stonington, CT | 227.70 |
| • Troubleshoot electrical issues on DC house and start systems. House systems fail when bow thruster or windlass are operated. Found bad cell in house battery, replaced and tested. Rewired windlass to port battery. | 712.50 |
| • Interstate Group 8D battery | 239.47 |
| • Battery terminals | 14.50 |
| • Windshields leaking, glass panels are loose. Scrapped off loose sealant, cleaned and prepped, rebonded inside and out with 3M Windo-Weld Urethane | 187.50 |
| • 3M Urethane, denatured alcohol | 41.80 |
| • Sunroof fasteners are dragging on frame. Adjusted rails | 75.00 |
| • Sunroof trim panel falls down when underway. Removed old velcro and replaced with 3M Superlock | 112.50 |
| • Cockpit cushion snaps and velcro need replaced. Drilled out rivets for old snaps, replaced with new. Replaced velcro with exterior grade | 75.00 |
| • Replace port side transom gate latch | 37.50 |
| • 3M Superlock, Stainless snaps | 44.77 |

C43-05
ok
8/18

| Maritimo C43-05 Warranty | Total | $2,478.19 |
|---|---|---|